UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Oumar K., | Case No. 25-cv-3939 (ECT/LIB) |
| Petitioner, | |
| v. | **ORDER** |
| United States of America, | |
| Respondent. | |

---

Pursuant to a general assignment made in accordance with 28 U.S.C. § 636, this matter comes before the undersigned United States Magistrate Judge upon Petitioner Oumar K.'s Petition for a writ of habeas corpus. [Docket No. 1].

On October 23, 2025, the Court issued an Order establishing a briefing schedule for the parties to submit written arguments regarding the present Petition. (Order [Docket No. 4]). Respondent was permitted twenty-one days to file a response, and Petitioner was permitted twenty-one days thereafter to file a reply to said response. (Id.).

On November 13, 2025, Respondent filed its response. [Docket No. 5]. As relevant here, Respondent argues that the present Petition challenging the length of Petitioner's detention mooted because Petitioner was scheduled to be removed before December 2025.

Petitioner did not file a reply in the time he was permitted. Moreover, Petitioner has not refuted Respondent's assertion that he was to be removed before December 2025.

On the present record, it appears that Petitioner may have been removed from the United States. Although Respondent asserted that Petitioner was going to be removed from the United States before December 2025, the date has long passed without Respondent providing the Court with any update. Respondent is now ordered to do so.

Therefore, for the foregoing reasons, and based on the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT** as soon as practicable any in any event by no later than thirty (30) days from the date of this Order, Respondents shall file an update informing the Court as to Petitioner's detention status and whether Petitioner has been removed from the United States.

Dated: March 3, 2026

s/Leo I. Brisbois
Hon. Leo I. Brisbois
United States Magistrate Judge