UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Oumar K.,

      Petitioner,

v.

United States of America,

      Respondent.

File No. 25-cv-3939 (ECT/LIB)

**ORDER ACCEPTING REPORT
AND RECOMMENDATION**

Magistrate Judge Leo I. Brisbois issued a Report and Recommendation on April 22, 2026. ECF No. 9. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based on all the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 9] is **ACCEPTED**; and

2. Petitioner Oumar K.'s Petition for a Writ of Habeas Corpus [ECF No. 1] is **DENIED WITHOUT PREJUDICE AS MOOT.**

      **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 26, 2026

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court